UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 18-498 (FLW) |
| v. | : | |
| JAVIER DE LA ROSA-RODRIGUEZ | : | DETENTION ORDER |
| a/k/a "Eric Antonio Fernandez," | : | |
| a/k/a "Marcos De La Rosa," | : | |
| a/k/a "Eric Antonio Hernandez," | : | |
| a/k/a "Javier Octavio De La Rosa-Rodriguez" | : | |

This matter having been opened to the Court on motion of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Alexander E. Ramey, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant without bail pending trial in the above-entitled matter; and an immigration detainer having been lodged with U.S. Immigration and Customs Enforcement; and the defendant having consented to detention; and for good cause shown:

IT IS, therefore, on this 6th day of September, 2018,

ORDERED, pursuant to Title 18, United States Code, Section 3142(f), that the defendant be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention shall be without prejudice to the defendant's right to request a bail hearing at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE FREDA L. WOLFSON
United States District Judge